UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARCS & ANGELS, INC.,

                Plaintiff,

      - against -

DERNIS INT'L MARKETING CO.,

                Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/09

09 Civ. 5143 (RMB)

**ORDER OF DISCONTINUANCE**

        Based upon Plaintiff's letter, dated June 29, 2009, stating that "the parties have resolved this case by entering into a Settlement Agreement," (Ltr. from Peter Levine, Esq., to the Hon. Richard M. Berman, dated June 29, 2009, at 1), it is hereby

        **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that Plaintiff or Defendant may apply, on or before July 15, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned. The conference with the Court scheduled for June 30, 2009 is hereby vacated.

**SO ORDERED.**

Dated: New York, New York
       June 29, 2009

                                                    **Richard M. Berman, U.S.D.J.**